THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDDIE GUESS, Defendant-Appellant.

(No. 12714;

Fourth District—March 20, 1975.

Opinion by Mr. JUSTICE CRAVEN.

Richard J. Wilson and John L. Swartz, both of the State Appellate Defender's Office, of Springfield, for appellant.

No appearance for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* JOHN LEE GIFFORD *et al.*, Defendants.—(JOHN LEE GIFFORD, Defendant-Appellee.)

(No. 12510;

Fourth District—March 20, 1975.